# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00701-CV

**Derek R. Van Gilder, Individually and as Trustee of The Carol H. Noble Trust; and Chuck Ryan, Individually and as Successor Trustee of The Carol H. Noble Trust, Appellants**

**v.**

**Rosanna Abreo, Permanent Guardian of the Estate of Carol H. Noble, an Incapacitated Person; and Kelli Mercer, Appellees**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT NO. 046-21, HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed on Appellants' Motion

Filed: December 23, 2015